UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN WHITE,

        Plaintiff,

  v.

KELLER LADDERS, INC.,

        Defendant.

CASE NO. C04-300JLR

AMENDED MINUTE ORDER

      The following minute order is made by the direction of the court, the Honorable James L. Robart:

      On April 26, 2005, the jury returned a verdict holding Defendant liable for Plaintiff's injuries. This order addresses various post-trial issues.

      The court directs the clerk to enter judgment against Defendant in the amount of $308,880, consistent with the jury's verdict.

      The court DENIES Defendant's oral motion for judgment as a matter of law under Fed. R. Civ. P. 50(a). The court's denial is without prejudice to Defendant's right to renew its motion under Fed. R. Civ. P. 50(b) after the court enters judgment, at which time Defendant will be able to better support its motion with citations to the trial transcript.

MINUTE ORDER – 1

1 | The court notes Defendant's motion for mistrial for May 13, 2005.  Plaintiff shall
2 file his opposition no later than May 9, 2005.  Defendant shall file its reply no later than
3 May 12, 2005.

Filed and entered this 27th day of April, 2005.

                                    BRUCE RIFKIN, Clerk

                                    s/Consuelo Ledesma
                       By
                                    Deputy Clerk

MINUTE ORDER – 2